**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-1388**

_____

YIQUN GUO,

                                        Plaintiff - Appellant,

          versus

THE RYLAND GROUP, INCORPORATED,

                                        Defendant - Appellee,

          and

ARLENE MALECH; DOUGLAS TOWNSEND,

                                        Defendants.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  J. Frederick Motz, Chief District Judge.
(CA-95-1319-JFM)

_____

Submitted:  November 21, 1996      Decided:  December 2, 1996

_____

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Yiqun Guo, Appellant Pro Se.  Richard J. Hafets, Eric Paltell,
Sonya Kazazian Hannan, PIPER & MARBURY, Baltimore, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendant's motion for summary judgment in this employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Guo v. Ryland Group, Inc.</u>, No. CA-95-1319-JFM (D. Md. Feb. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>